**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re

Blaine Robert Harrison

                                                CHAPTER    13
                                                CASE NO.    3:19-bk-02798-JAF

      Debtor
_____/

**OBJECTION BY MTGLQ INVESTORS, LP TO CONFIRMATION**
**OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

      MTGLQ INVESTORS, LP("Creditor"), by the undersigned attorneys, objects to confirmation of the Plan ("Plan") as proposed by the Debtor and any future Plan(s) filed by the Debtor to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed.  In support of this Objection, the Creditor states as follows:

      1.     For value received, the Debtor(s) executed and delivered a Note and Mortgage ("Loan Documents")  as evidence of indebtedness to Creditor.  Said indebtedness is secured by property more particularly described in the Mortgage as: REAL PROPERTY LOCATED: 9431 NW 212TH STREET STARKE, FL 32091, LEGALLY DESCRIBED AS: See Exhibit A ("Collateral"). Reasons for objection:

**Failure to Provide for Total Debt**

      2.     The loan at issue matured prepetition on September 1, 2018. Creditor will be filing Total Debt Secured Claim in the amount of $45,435.77.  The Debtor's Plan proposes a Total Claim amount of $39,983.00.

      3.     The Plan provides that the Debtor will pay the balance of the Creditor's secured claim, but proposes payment of an amount less than the full balance of the Creditor's claim that will be filed.

      4.     Creditor objects to such treatment in that the Plan does not meet the requirements of 11 U.S.C. §1325 (a)(1) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361.

**Failure To Pay Interest Or Pay Appropriate Interest On Secured Claim**

      5.     Creditor will file a secured claim and seeks the payment of interest on such claim.

      6.     The Plan does not provide for payment of the appropriate amount of interest on such secured claim in an amount consistent with <u>Till v. SCS Credit Corp., 541 U.S. 465 (2004)</u>.

      7.     Therefore, the Debtors' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. §1323(a)(5).  In addition, the Plan fails to comply with 11 U.S.C. §1325 (a)(1) in that it does not provide adequate protection for Creditor' s interest pursuant to 11 U.S.C. §361.

**Failure to Provide for Ongoing Escrow**

      8.     The loan at issue is an escrowed loan and the Creditor makes periodic advances for taxes and insurance.  The Debtor's Plan proposes to pay the Creditor's claim over 60 months

with interest, but fails to include any provisions for how the taxes and insurances will be handled for escrow purposes while the Plan is pending.

      9.      Creditor will withdraw this Objection in the event that the Plan is amended to conform to the Creditor's proof of claim or otherwise satisfactorily address the issue(s) raised in this Objection.

      WHEREFORE, Creditor prays for the entry of an appropriate order denying confirmation with respect to the Plan as proposed and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provisions to which this Objection is directed.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:    (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on September 27, 2019, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Blaine Robert Harrison, 9431 NW 212 Street, Starke, FL 32091; Debbie Harrison at his/her place of abode, 9431 NW 212 Street, Starke, FL 32091; Curtis A. Sanders, Esq., 407 W. Georgia St., Starke, FL 32091; Douglas W Neway, Trustee P.O. Box 4308, Jacksonville, FL 32201; Brown, Marsha Brown, Marsha Post Office Box 4308, Jacksonville, FL 32201.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1807702B/mlh